UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TERRYL WYNN, | : | CASE NO. 21-cv-2405 |
| Plaintiff, | : | ORDER |
| | : | [Resolving Doc. 4] |
| v. | : | |
| WARDEN DOUGLAS FENDER, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Wynn filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.

The Court orders the Respondent to file an answer to the petition within 21 days of this order. The answer must comply with Rule 5 of the Rules Governing § 2254 Cases and address all legal issues Petitioner raises.

Along with the answer, the Respondent must file certified copies of the indictment, the petitioner's plea, and the judgment of the state trial court, and copies of the opinion of the Court of Appeals, the decision of the Supreme Court, and briefs on appeal. In addition, Respondent must file relevant portions of transcripts from pretrial, trial sentencing, and post-conviction proceedings.

The petitioner may file a reply to the Respondent's answer. The reply is due 30 days after the answer is filed.

Respondent may file a response to Petitioner's reply within 15 days.

Case No. 21-cv-2405
GWIN, J.

IT IS SO ORDERED.

Dated: April 1, 2022              *s/     James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE